1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GEORGE LEE,

11          Plaintiff,                        No. 2:12-cv-2104 TLN KJN P

12      vs.

13   A. WHITTEN, et al.,

14          Defendants.               FINDINGS & RECOMMENDATIONS

15   _____/

16          By an order filed March 6, 2013, this court ordered plaintiff to complete and

17   return to the court, within thirty days, the USM-285 forms necessary to effect service on

18   defendants.  Plaintiff submitted the USM-285 forms, but failed to provide the four copies of the

19   amended complaint required to effect service of process.  On April 9, 2013, plaintiff was granted

20   an additional thirty days in which to submit the copies.  Plaintiff was cautioned that failure to

21   comply with the court order would result in a recommendation that this action be dismissed.

22   Thirty days have now passed, and plaintiff has not responded in any way to the court's order.

23          IT IS HEREBY RECOMMENDED that this action be dismissed without

24   prejudice.  See Fed. R. Civ. P. 41(b).

25   ////

26   ////

1   These findings and recommendations will be submitted to the United States

2   District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within

3   fourteen days after being served with these findings and recommendations, plaintiff may file

4   written objections with the court.  The document should be captioned "Objections to Findings

5   and Recommendations."  Plaintiff is advised that failure to file objections within the specified

6   time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153

7   (9th Cir. 1991).

8   DATED:  May 20, 2013

9

10   _____
     KENDALL J. NEWMAN

11   UNITED STATES MAGISTRATE JUDGE

12   lee2104.fusm

13

14

15

16

17

18

19

20

21

22

23

24

25

26