IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE LEE,

      Plaintiff,                    No. 2:12-cv-2104 TLN KJN P

    vs.

A. WHITTEN, et al.,

      Defendants.              FINDINGS & RECOMMENDATIONS

_____/

        By an order filed March 6, 2013, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants. Plaintiff submitted the USM-285 forms, but failed to provide the four copies of the amended complaint required to effect service of process. On April 9, 2013, plaintiff was granted an additional thirty days in which to submit the copies. Plaintiff was cautioned that failure to comply with the court order would result in a recommendation that this action be dismissed. Thirty days have now passed, and plaintiff has not responded in any way to the court's order.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

////

////

1

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 20, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

lee2104.fusm