IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE LEE,

      Plaintiff,                          No. 2:12-cv-2104 TLN KJN P

     vs.

A. WHITTEN, et al.,

      Defendants.            <u>ORDER</u>

                               /

     Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On May 21, 2013, the undersigned recommended that this action be dismissed based on plaintiff's failure to comply with the April 9, 2013 order. Plaintiff was required to provide four copies of the amended complaint for service of process on defendants.

     On June 6, 2013, plaintiff filed objections to the findings and recommendations. While not entirely clear, it appears plaintiff contends that he is unable to obtain sufficient law library access to make the required photocopies because Salinas Valley State Prison is on constant lockdown. Plaintiff has previously complained of inadequate access to the law library and to the materials needed to litigate his cases in federal court.

     Good cause appearing, the findings and recommendations are vacated, and plaintiff is granted an extension of time in which to submit the photocopies. Prison officials at Salinas

1

Valley State Prison are requested to facilitate plaintiff's access to the law library so that he may obtain the copies necessary to meet this court's deadline.

  Accordingly, IT IS HEREBY ORDERED that:

  1. The May 21, 2013 findings and recommendations (ECF No. 19) are vacated;

  2. Plaintiff is granted an extension of time to comply with this court's April 9, 2013 order;

  3. Plaintiff shall file four copies of the October 26, 2012 amended complaint on or before July 30, 2013;

  4. The Clerk of the Court is directed to serve a copy of this order on the litigation coordinator at Salinas Valley State Prison; and

  5. Prison officials at Salinas Valley State Prison are requested to facilitate plaintiff's access to the law library so that plaintiff may comply with this court's orders.

DATED: June 12, 2013

           _____
           KENDALL J. NEWMAN
           UNITED STATES MAGISTRATE JUDGE

/lee2104.36