UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE LEE,<br><br>            Plaintiff,<br><br>    v.<br><br>A. WHITTEN, et al.,<br><br>            Defendants. | No.  2:12-cv-2104 TLN KJN P<br><br><br><br>ORDER |

    Plaintiff and defendant Greer have stipulated to dismissal of plaintiff's claims against defendant Greer.  In light of this stipulated dismissal, this action shall proceed as to defendants Sheldon and Whitten.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's claims against defendant Greer are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated:  December 12, 2013

/lee2104.59c

KENDALL J. NEWMAN  
UNITED STATES MAGISTRATE JUDGE

1