1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  THOMAS S. PATTERSON, State Bar No. 168141
   Supervising Deputy Attorney General
3  KEVIN A. VOTH, State Bar No. 257227
   Deputy Attorney General
4    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
5    Telephone:  (415) 703-1624
     Facsimile:  (415) 703-5843
6    E-mail: Kevin.Voth@doj.ca.gov
   *Attorneys for Defendants A. Whitten and W. Sheldon*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GEORGE LEE**,<br><br>                              Plaintiff,<br><br>             v.<br><br>**A. WHITTEN, et al.**,<br><br>                              Defendants. | Case No. 2:12-CV-02104 TLN KJN<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

   Plaintiff George Lee and Defendants A. Whitten and W. Sheldon have resolved this case in its entirety.  Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

   Each party shall bear its own litigation costs and attorney's fees.

   It is so stipulated.

///

///

///

| | | |
|---|---|---|
| 1 | Dated:  11/22/13 | /s/ George Lee |
| 2 | | Plaintiff George Lee |
| 4 | Dated:  11/22/13 | /s/ Kevin A. Voth |
| 5 | | Kevin A. Voth<br>Deputy Attorney General |
| 6 | | California Attorney General's Office<br>*Attorney for Defendants A. Whitten and W. Sheldon* |

In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file. **IT IS SO ORDERED**.

Dated: December 19, 2013

Troy L. Nunley
United States District Judge

/whit2104.dsm